## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **JAVIER PEREZ** | **NO. 14-611** |

### O R D E R

**AND NOW**, this 2nd day of June, 2015, upon consideration of defendant's Motion to Suppress Evidence (Document No. 14, filed April 7, 2015) and United States' Opposition to Defendant's Motion to Suppress Evidence (Document No. 15, filed April 15, 2015), following an evidentiary hearing and oral argument on May 1, 2015, for the reasons stated in the accompanying Memorandum dated June 2, 2015, **IT IS ORDERED** that defendant's Motion to Suppress Evidence is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

    **DuBOIS, JAN E., J.**