# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| : | No. 14-611 |
| v. : | |
| : | |
| JAVIER PEREZ : | |
| : | |

## ORDER

**AND NOW**, this 18th day of May, 2022, **IT IS ORDERED** that Javier Perez's Amended Motion Under 28 U.S.C. § 2255 to Vacate Conviction (ECF No. 139) is **GRANTED**. The conviction is **VACATED**. A jury trial is scheduled for July 25, 2022 in Courtroom 7B.

                                                  _s/ANITA B. BRODY, J.__
                                                  ANITA B. BRODY, J.